UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FELIPE CUETO (2),<br><br>  Defendant. | Case No.: 3:17-cr-630-BEN<br><br>**ORDER GRANTING FELIPE CUETO'S MOTION TO RECALL THE WARRANT** |

GOOD CAUSE HAVING BEEN SHOWN, the Court's prior arrest warrant as to Felipe Cueto is hereby recalled. Mr. Cueto is ordered to appear for his initial appearance in supervised release revocation proceedings before the duty magistrate on Friday, January 22, 2021. The duty magistrate shall consider whether detention or bond is appropriate in due course and in light of the governing statutes and Mr. Cueto's burden under Federal Rule of Criminal Procedure 32.1(a)(6).

Mr. Cueto's counsel shall immediately contact the duty magistrate to arrange for Mr. Cueto's prompt initial appearance.

**IT IS SO ORDERED.**

DATED:   January 21, 2021

_____
**HON. ROGER T. BENITEZ**
United States District Judge